## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **RICHARD ALAN TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 17-CV-421-GKF-FHM** |
| | ) | |
| **ANTHONY MULLET,** | ) | |
| **Mayes County Jail Officer,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

This is a 42 U.S.C. § 1983 civil rights action. The issues having been duly considered and a decision having been rendered in an Opinion and Order filed contemporaneously herewith,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's amended complaint (Dkt. # 9) is **dismissed without prejudice** for failure to effect service. Judgment is hereby entered in favor of Defendant and against Plaintiff.

**DATED** this 15th day of February 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT